384

**Joe HOFFMAN, Sometimes Known as Joe E. Hoffman, v. Paul A. PORTER, Administrator, Office of Price Administration.**

No. 3434.

Circuit Court of Appeals, Tenth Circuit.

Dec. 16, 1946.

Kenneth W. Robinson, Robert D. Charlton and Robert Swanson, all of Denver, Colo., for appellant.

David London, Director, Litigation Division, Office of Price Administration, of Washington, D. C., and Max D. Melville and Frank E. Hickey, Office of Price Administration, both of Denver, Colo., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed December 16, 1946, on motion of appellant.

**Ruble Charles JENKINS v. UNITED STATES of America.**

No. 3406.

Circuit Court of Appeals, Tenth Circuit.

Nov. 12, 1946.

C. Arthur Anderson, of St. Louis, Mo., for appellant.

Charles E. Dierker, U. S. Atty., and Robert E. Shelton, Asst. U. S. Atty., both of Oklahoma City, Okl., for appellee.

Before PHILLIPS, BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed November 12, 1946, for failure to prosecute.

**Jack Kenneth LINDERMAN, Appellant, v. UNITED STATES of America.**

No. 13333.

Circuit Court of Appeals, Eighth Circuit.

Oct. 28, 1946.

Emanuel Sgutt, of Fargo, N. D., for appellant.

P. W. Lanier, U. S. Atty., and Harry Lashkowitz, Asst. U. S. Atty., both of Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.